IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC HOLTON,

    Plaintiff,

  v.

JON E. LITSCHER, CATHY JESS, JAMES GREER, DAVID BURNETT, KEVEN KALLIS, MARY MUSE, ASHWORTH, BRIAN FOSTER, TONY MELI, BEAHM, KOONTZ, LT. NELSON, MARCHANT, JEFFREY MANLOVE, VANWARD, JENSEN, and WISCONSIN DEPARTMENT OF CORRECTIONS,

    Defendants.

Case No.  18-cv-746-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

    /s/                                                       8/2/2021
Peter Oppeneer, Clerk of Court                         Date